PROB 12C
(7/93)

# United States District Court

for

## District of New Jersey

## Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Derrick Van Vechten                                   Cr.: 06-00179-001

Name of Sentencing Judicial Officer: The Honorable Faith S. Hochberg

Date of Original Sentence: July 24, 2006

Original Offense: Conspiracy to Import a Scheduled, Controlled Dangerous Substance, 21 U.S.C. § 952(a), § 960(a)(1) and (b)3.

Original Sentence: Probation 5 years; 6 months home confinement; mental health counseling; drug counseling; fine - $2,000.00; financial disclosure; no new lines of credit; computer monitoring

Type of Supervision: Probation                          Date Supervision Commenced: 07/24/06

Assistant U.S. Attorney: Jonathan W. Romanakow               Defense Attorney: Linda Foster

## PETITIONING THE COURT

[ ] To issue a warrant
[X] To issue a summons

The probation officer believes that the offender has violated the following condition(s) of supervision:

Violation Number | Nature of Noncompliance

1. The offender has violated the supervision condition which states '**You shall not commit another federal, state, or local crime.**'

   Specifically, on or about June 21, 2007, while attending a group counseling session at Recovery Innovations, the offender received a text message that read, in part, " I'll take 5 for $120.00," in reference to an illegal drug transaction. The offender admitted to both his counselor at Recovery Innovations and the undersigned United States Probation Officer that he indeed became involved in an illegal narcotics transaction, that it was a one time event and that he has ceased all communication with the parties involved.

2. The offender has violated the supervision condition which states '**The defendant shall refrain from the illegal possession and/or use of drugs and shall submit to urinalysis or other forms of testing to ensure compliance. It is further ordered that the defendant shall submit to drug treatment, on an outpatient or inpatient basis, as directed by the U.S. Probation Office. The defendant shall abide by the rules of any program and shall remain in treatment until satisfactorily discharged with the approval of the U.S. Probation Office.**'

   The offender submitted urine samples on August 30, August 31 and September 27, 2006, which tested positive for hydromorphone.

PROB 12C - Page 2
Derrick Van Vechten

3.     The offender has violated the supervision condition which states '**You shall not commit another federal, state, or local crime.**'

Specifically, on July 19, 2007, United States Probation Officer Matthew Kurzawa (the undersigned was also present) conducted a Fieldsearch program of the offender's home computer. The offender's computer had numerous programs, known as peer-to-peer, in which the sole purpose is to obtain illegal, pirated material over the internet. The offender also had numerous programs which are designed to copy DVDs from their original packaging and put them on a computer for distribution over the Internet, which is illegal.

I declare under penalty of perjury that the foregoing is true and correct.

By: Donald G. Hewins
Senior U.S. Probation Officer
Date: 9/20/07

THE COURT ORDERS:

[✓] The Issuance of a Summons. Date of Hearing: 11/1/2007 11:00 AM
[✓] The Issuance of a Warrant
[ ] No Action
[ ] Other

Signature of Judicial Officer

10/11/07
Date